OPINION # ___O-7520_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.